# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 10/8/2021

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Christina Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| La'el Collins<br><br>v.<br><br>National Football League | 4:21CV792 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Levi McCathern, II, James Sherry and Scott Becker | Dan Nash, Stacy Einstein, Eric Gambrell, Patrick O'Brien<br>Client Rep: Janelle Winston |
| *Appearing by phone*: Peter Schaffer, Esq. of Authentic Athletix, LLC (President/Principal) | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Motion hearing (Dkt. #9 Emergency Motion for TRO and/or Temporary Injunction ) |
|---|---|
| 1:01 p.m. | Court in session. Court notes appearances. |
| 1:03 p.m. | Court hears argument from Plaintiff La'el Collins' counsel, Levi McCathern, II regarding overturning of arbitration. |
| 1:19 p.m. | Court hears response and argument from Defendant, NFL's counsel, Dan Nash. |
| 2:15 p.m. | Court hears further argument from Plaintiff La'el Collins counsel, Levi McCathern, II. |
| 2:37 p.m. | Court hears final argument from Defendant, NFL's counsel, Dan Nash. |
| 2:41 p.m. | Court hears from Peter Schaffer, Esq (appearing by phone). |
| 2:45 p.m. | Court takes matter under advisement. |
| 2:45 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk