IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LA'EL COLLINS, | § | |
| | § | CASE NO. 4:21-cv-00792-ALM |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE NATIONAL FOOTBALL LEAGUE (NFL), THE NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL, and ROGER GOODELL, | § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE OF INITIAL DISCLOSURES

Defendants the National Football League ("NFL"), NFL Management Council, and Roger Goodell (collectively, "Defendants"), through their counsel, Akin Gump Strauss Hauer & Feld LLP, hereby notify the Court that they served their Initial Disclosures upon all counsel of record on January 31, 2022.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Eric Gambrell*
Eric Gambrell
egambrell@akingump.com
Texas Bar No. 00790735
Patrick G. O'Brien
pobrien@akingump.com
Texas Bar No. 24046541
2300 Field Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 969-2800
Facsimile:  (214) 969-4343

1

2

>Daniel L. Nash
>*Pro hac vice*
>dnash@akingump.com
>Stacey R. Eisenstein
>*Pro hac vice*
>seisenstein@akingump.com
>2001 K Street, NW
>Washington, DC  20006
>Telephone:  (202) 887-4000
>Facsimile:  (202) 887-4288
>
>ATTORNEYS FOR DEFENDANT
>NATIONAL FOOTBALL LEAGUE,
>NATIONAL FOOTBALL LEAGUE
>MANAGEMENT COUNCIL, AND
>ROGER GOODELL

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the foregoing document with the clerk of Court for the United States District Court for the Eastern District of Texas using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record.

>*/s/ Eric Gambrell*
>Eric Gambrell